# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KIMBERLEE MCCARDLE,

    VS                                                                       CASE NO.  3:06cv346/RV/MD

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on    April 27, 2007
Type of Motion/Pleading: <u>MOTION FOR EXTENSION OF TIME UNTIL 5/31/2007 TO FILE MEMORANDUM IN SUPPORT OF COMPLAINT</u>
Filed by: <u>PLAINTIFF</u>     on <u>4/26/07</u>     Document <u>15</u>
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:

                                              on _____ Doc.# _____
                                              on _____ Doc.# _____
                                              WILLIAM M. McCOOL, CLERK OF COURT

                                              /s/ Teresa Cole
                                              Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 27th day of April, 2007, that:

(a)    The requested relief is GRANTED.

(b)    _____

                                              /s/ Miles Davis
                                              MILES DAVIS
                                              UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____

Document No.